**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

GREG HANSEN, et al., individually and on behalf of those similarly situated,

Plaintiffs,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Defendant.

No. 2:26-cv-02962-SHL-atc
No. 2:26-cv-03138-SHL-atc

MICHAEL NELSON, et al., individually and on behalf of those similarly situated,

Plaintiffs,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTIONS TO CONSOLIDATE AND PROPOSED BRIEFING SCHEDULE**

Before the Court are Defendant Air Line Pilots Association, International's ("ALPA") Unopposed Motions to Consolidate these matters. (2:26-cv-02962, ECF No. 25; 2:26-cv-03138, ECF No. 10.) ALPA states that consolidation will promote judicial economy and avoid duplicative proceedings. (ECF No. 25 at PageID 134.)

ALPA also seeks a consolidated "briefing schedule for ALPA's upcoming motions to dismiss both Complaints." (Id.) All parties agree to the following deadlines:

- **October 20, 2026:** Deadline for ALPA's motions to dismiss both complaints;
- **November 23, 2026:** Deadline for Plaintiffs' oppositions to ALPA's motions to dismiss; and
- **December 21, 2026:** Deadline for ALPA's reply briefs in support of its motions to

dismiss.

For good cause shown, the Motions are **GRANTED**. These matters are hereby consolidated. All future proceedings will be filed under 2:26-cv-02962-SHL-atc. The Court further establishes the schedule outlined above.

**IT IS SO ORDERED,** this 15th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE